613 A.2d 555

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Clifford JOHNSON, Appellant.**

Supreme Court of Pennsylvania.

Argued April 8, 1992.

Decided Sept. 21, 1992.

Aaron Finestone, Philadelphia, for appellant.

Ronald Eisenberg, Deputy Dist. Atty., Catherine Marshall, Chief, Appeals Div., Deborah Fleisher, Philadelphia, for appellee.

Before FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM.

Appellant's assertions regarding suppression of evidence and insufficiency of the evidence are without merit. Similarly, for the reasons stated in *Commonwealth v. Corporan*, —— Pa. ——, 613 A.2d 530 (1992), appellant's assertions regarding application of the mandatory sentencing provision, 18 Pa.C.S. § 7508(a)(3), are without merit. Judgment of sentence affirmed.

NIX, C.J., and LARSEN and McDERMOTT, JJ., did not participate in the consideration or decision of this matter.